cal  Kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARRATT CONSTRUCTION, INC., ) | Civil No.06cv0044 H (AJB) |
| ) | |
| Plaintiff, ) | |
| v. ) | Order Following Case Management |
| ) | Conference |
| BILDAU & BUSSMANN, ) | |
| ) | |
| Defendants. ) | |

On September 21, 2006, the Court convened a Case Management Conference in the above entitled action. Appearing for Plaintiff was Matthew Cookson, Esq. Appearing for Defendant was Lann McIntyre, Esq. Specially appearing for Defendant Ellis was Jon Epsten, Esq.

The parties have continued to work on the potential three way settlement involving non-parties Mr. and Mrs Ellis. A window expert has been evaluating the Defendants proposal and some additional time is needed to follow up on several integral items. Defendant's representative is now out of the country for the next several weeks, and so it will take approximately 30 days to see if settlement can be finalized.

Based thereon, the Court sets a Settlement Status Conference for *October 18, 2006 at 9:30 a.m.* If the parties reach a full and final settlement prior to the conference, upon the call of counsel, that conference will be vacated and an Settlement Disposition Conference set. If counsel believe that in

///

///

1  ///

2  person discussion on October 18, 2006 including clients will facilitate resolution, counsel should so

3  advise the Court as far in advance of the October 18 date as possible.

4  IT IS SO ORDERED.

6  DATED:  September 22, 2006

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court