cal  sc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARRATT CONSTRUCTION, INC., | ) | Civil No.06cv0044 H (AJB) |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING SETTLEMENT STATUS CONFERENCE |
| BILDAU & BUSSMANN, | ) | |
| Defendants. | ) | |

On October 18, 2006, the Court convened a Settlement Status Conference. Appearing were Mitchell J. Freedman, Esq., Lann McIntyre, Esq. and Jon Epsten, specially appearing on behalf of defendant Ellis.

Counsel informed the Court that the case has settled in its entirety. Accordingly, a Settlement Disposition Conference will be held *December 1, 2006*, at *9:00 a.m.* in the chambers of Magistrate Judge Battaglia. Counsel and all parties *shall appear in person* unless a signed joint motion for dismissal of this case is filed and **a copy of the signed joint motion is provided to the chambers of**

///
///
///
///
///
///

**Magistrate Judge Battaglia no less than 24 hours prior to the scheduled conference**. **Monetary sanctions shall be imposed for failure to comply with this order**.

IT IS SO ORDERED.

DATED: October 18, 2006

*/s/ Battaglia*
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court